```
                                    FILED
                                  08 JUL 16 PM 3:09
                                  CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                  BY:  ea        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. '08 CR 2341 JM |
|         Plaintiff,  ) | |
|         v.  ) | I N D I C T M E N T |
| AGUSTIN JAIME  ) | Title 8, U.S.C., Sec. 1326(a) – Attempted Entry After Deportation; |
|     BARRAGAN-VAZQUEZ,  ) | Title 18, U.S.C., Sec. 1544 – Misuse of Passport (Felony) |
|         Defendant.  ) | |

The grand jury charges:

### Count 1

On or about June 30, 2008, within the Southern District of California, defendant AGUSTIN JAIME BARRAGAN-VAZQUEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a).

CEM:em:San Diego
7/15/08

<u>Count 2</u>

On or about June 30, 2008, within the Southern District of California, defendant AGUSTIN JAIME BARRAGAN-VAZQUEZ, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Eric Christian Girard, a United States citizen born in Miami, Florida, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

DATED: July 16, 2008.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney